In the Matter of CHARLES D. LUCAS (Also Known as CHARLES DAVID LUCAS), an Attorney, Respondent.

First Department, January 17, 1941.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On October 31, 1940, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of grand larceny in the first degree. Said crime is a felony. Pursuant to subdivision 3 of section 88, and section 477, of the Judiciary Law, he must, therefore, be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON, and UNTERMYER, JJ.

Respondent disbarred.